| | | |
|---|---|---|
| | * | IN THE |
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| DAVID ANDREW EDELSTEIN | * | AG No. 8 |
| | * | September Term, 2025 |

ORDER

Upon consideration of the parties' Joint Petition for Disbarment filed in the above-captioned case on August 14, 2025, in which, pursuant to Rules 19-736 and 19-737, the parties jointly petition this Court to disbar the Respondent, David Andrew Edelstein, from the practice of law in the State of Maryland and advise that Respondent agrees that his conduct as described in the petition violated Maryland Attorneys' Rules of Professional Conduct 19-308.4(a), 19-308.4(b), and 19-308.4(d), and that Respondent consents to disbarment as the appropriate disposition, it is this 18th day of August 2025,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition for Disbarment is GRANTED, and that, effective immediately, Respondent, David Andrew Edelstein, is disbarred from the practice law in the State of Maryland for violation of Rules 19-308.4(a), 19-308.4(b), and 19-308.4(d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.



/s/ Shirley M. Watts
Senior Justice